**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CYRUS NOWIA-PAHLAVI,**
               **Plaintiff,**

**-vs-**                                          **Case No. 6:08-cv-36-Orl-31DAB**

**HAVERTY FURNITURE COMPANIES,**
**INC., and MARC GINTER,**

               **Defendants.**
_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion to Reopen Case (Doc. No. 49) filed February 18, 2009 and Motion for Relief from Judgment (Doc. No. 54) filed March 23, 2009.

On April 14, 2009, the United States Magistrate Judge issued a report (Doc. No. 58) recommending that the motions be denied, the case be dismissed with prejudice and that judgment be entered against the Plaintiff. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion to Reopen Case is **DENIED**.

    3.    The Motion for Relief from Judgment is **DENIED** and the case is Dismissed With Prejudice. The clerk is directed close the file.

    4.    The clerk is also directed to mail a copy of the Report and Recommendation (Doc. No. 58) and a copy of this order to the Florida Bar for appropriate action.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of May, 2009.

Copies furnished to:
Counsel of Record
Unrepresented Party

                                          GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE